Steven S. Tervooren
Hughes Gorski Seedorf Odsen & Tervooren, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
(907) 274-7522
(907) 263-8320 Fax
Attorneys for CSK Auto, Inc. dba Schuck's Auto Supply

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

| | |
|---|---|
| SCOTT SUNDERLAND,<br><br>Plaintiff,<br><br>vs<br><br>**CSK AUTO, INC. dba SCHUCK'S AUTO SUPPLY**,<br><br>Defendant. | Case No. 3:10-cv-_____ |

NOTICE OF REMOVAL

TO: THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

This notice of defendant CSK Auto, Inc. dba Schuck's Auto Supply [1] ("Defendant") respectfully shows:

---

[1] Plaintiff has denominated the defendant as "Schuck's Auto Supply." Schuck's Auto Supply is not a cognizable legal entity capable of being sued. Rather, it is a trade name (dba) of CSK Auto, Inc., an Arizona Corporation. As recited in the corporate inquiry records of the Arizona Corporation Commission – Corporations Division, CSK Auto, Inc. (File No. 0075337-0) has as its corporate domicile the state of Arizona, having been incorporated in Arizona on February 26, 1969.

NOTICE OF REMOVAL - 1
*Sunderland v CSK Auto, Inc.*, Case No. 3:10-cv-_____
289484(9687-1)
Case 3:10-cv-00099-JWS   Document 1   Filed 05/13/10   Page 1 of 5

1. That on the 13th day of April, 2010, and by way of a Complaint dated April 13, 2010, an action was commenced against defendant in the Superior Court for the State of Alaska at Palmer, entitled SCOTT SUNDERLAND, Plaintiff, vs. SCHUCK's AUTO SUPPLY, Case No. 3PA-10-1391 CI. A Copy of the Complaint was served on Defendant by delivering a copy to an employee of Defendant on April 13, 2010.

2. That this notice of removal is being filed pursuant to 28 U.S.C. § 1446(a) and (b) within thirty (30) days after receipt by Defendant of a copy of the initial pleading setting forth the claims of Scott Sunderland against Defendant. Copies of all papers found by Defendant in the file of the Superior Court for the State of Alaska, Third Judicial District at Palmer, concerning this action are attached hereto in accordance with 28 U.S.C. § 1446(a):

    A. Case Description;

    B. Summons dated April 13, 2010;

    C. Complaint dated April 6, 2010;

    D. Entry of Appearance dated May 12, 2010;

    E. Demand for Jury Trial dated May 12, 2010; and

    F. Notice to State Court of Removal of Civil Action.

3. This court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332(a) and this action may be removed to this court pursuant to the provisions of 28 U.S.C. § 1441. This is a civil action where the amount in controversy is believed to

NOTICE OF REMOVAL - 2
*Sunderland v CSK Auto, Inc.*, Case No. 3:10-cv-_____
289484(9687-1)
Case 3:10-cv-00099-JWS   Document 1   Filed 05/13/10   Page 2 of 5

exceed $75,000, exclusive of interest and costs, and there is complete diversity of citizenship between the Plaintiff and the Defendant.

4. Plaintiff is and was at the time of filing this action, an individual resident of the State of Alaska, as recited in Plaintiff's Complaint.

5. Defendant is, and was at the time of filing of this action, a corporation incorporated under the laws of the State of Arizona, with its principal place of business in the State of Arizona. Since the Defendant is incorporated in and has its principal places of business in states other than the State of Alaska, where this action was filed, removal is proper under 28 U.S.C. § 1441(b).

6. This notice of removal is timely because it is brought within thirty (30) days of the earlier of receipt of a copy or service of Plaintiff's Complaint on Defendant.

7. A notice of filing this Notice of Removal will be filed with the Superior Court of the State of Alaska, Third Judicial District at Palmer, and served upon Plaintiff.

8. Defendant will pay all costs and disbursements incurred by reason of removal proceedings hereby brought should it be determined that this case is not removable or is improperly removed.

WHEREFORE, Defendant gives notice that this action formerly pending in the Superior Court for the State of Alaska, Third Judicial District is hereby removed to this court.

NOTICE OF REMOVAL - 3
*Sunderland v CSK Auto, Inc.*, Case No. 3:10-cv-_____
289484(9687-1)
Case 3:10-cv-00099-JWS   Document 1   Filed 05/13/10   Page 3 of 5

DATED at Anchorage, Alaska, this 12th day of May, 2010.

                                  Steven S. Tervooren
                                  HUGHES GORSKI SEEDORF ODSEN
                                  & TERVOOREN, LLC
                                  3900 C Street, Suite 1001
                                  Anchorage, Alaska 99503
                                  PH: (907) 274-7522
                                  FAX: (907) 263-8320
                                  E-mail: stervooren@hglawfirm.net
                                  ABA No. 7910085

## **VERIFICATION**

UNITED STATES OF AMERICA)
                                  ) ss.
DISTRICT OF ALASKA         )

      Steven S. Tervooren, being first duly sworn, deposes and states that he is the attorney for Defendant CSK Auto, Inc. dba Schuck's Auto Supply, that he knows the contents of this notice of removal and that the same are true and accurate to the best of his knowledge and belief; and that he voluntarily executed the foregoing notice of removal and was fully authorized to do so on behalf of CSK Auto, Inc. dba Schuck's Auto Supply.

                                  Steven S. Tervooren

SUBSCRIBED AND SWORN to before me this 12th day of May, 2010.

                                  Notary Public in and for Alaska
                                  My Commission Expires: 12-25-2010

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served May 12th, 2010 via U.S. Mail on:

>Gregory S. Parvin
>Law Offices
>1075 S. Check St., Ste. 212
>Wasilla, AK 99654

_/s/_