Steven S. Tervooren
Hughes Gorski Seedorf Odsen & Tervooren, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
(907) 274-7522
(907) 263-8320 Fax
Attorneys for CSK Auto, Inc. dba Schuck's Auto Supply

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

SCOTT SUNDERLAND,

    Plaintiff,

vs

**CSK AUTO, INC. dba SCHUCK'S AUTO SUPPLY**,

    Defendant.

Case No. 3:10-cv-00099-JWS

**ANSWER OF CSK AUTO, INC.
dba SCHUCK'S AUTO SUPPLY**

COMES NOW defendant **CSK AUTO, INC. dba SCHUCK'S AUTO SUPPLY**,[1] by and through counsel of record, HUGHES GORSKI SEEDORF ODSEN &

---

[1] Plaintiff has denominated the defendant as "Schuck's Auto Supply." Schuck's Auto Supply is not a cognizable legal entity capable of being sued. Rather, it is a trade name (dba) of CSK Auto, Inc., an Arizona Corporation. As recited in the corporate inquiry records of the Arizona Corporation Commission – Corporations Division, CSK Auto, Inc. (File No. 0075337-0) has as its corporate domicile the state of Arizona, having been incorporated in Arizona on February 26, 1969.

ANSWER OF CSK AUTO, INC. dba SCHUCK'S AUTO SUPPLY - 1
*Sunderland v CSK Auto, Inc.*, Case No. 3:10-cv-00099-JWS
289443(9687-1)
Case 3:10-cv-00099-JWS   Document 9   Filed 05/13/10   Page 1 of 5

TERVOOREN, LLC, and answer's plaintiff's complaint as follows. References to paragraph numbers parallel the numbering convention of the complaint.

CSK Auto, Inc. admits the allegations contained in paragraph 1.

CSK Auto, Inc. denies the allegations contained in paragraphs 10, 14, 15 and 16.

Defendant CSK Auto, Inc. lacks information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraphs 3, 4, 5, 7, 8, 9, 11, 12 and 17 and the same are therefore deemed denied.

Paragraph 6 merely reincorporates allegations from paragraphs 1-5 of the complaint. CSK Auto, Inc. reincorporates its substantive responses to paragraphs 1-5.

With respect to paragraph 2, CSK Auto, Inc. admits only that there are retail auto supply outlets owned by CSK Auto, Inc. and operated under one of its trade names ("Schuck's Auto Supply") within the Third Judicial District, State of Alaska. Any other allegation or inference in paragraph 2 is denied.

With respect to paragraph 13, the same is an attempted shorthand characterization or summary of legal rights which is too ambiguous, indefinite, lacking in context, and otherwise incapable of response, and the same is therefore denied at this time.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint, in whole or in part, fails to state a claim upon which relief may be granted.

ANSWER OF CSK AUTO, INC. dba SCHUCK'S AUTO SUPPLY - 2
*Sunderland v CSK Auto, Inc.*, Case No. 3:10-cv-00099-JWS
289443(9687-1)
Case 3:10-cv-00099-JWS   Document 9   Filed 05/13/10   Page 2 of 5

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's injuries and damages, if any, were caused, in whole or in part, by plaintiff's own negligence or other legally cognizable fault on the part of plaintiff, and must be limited in accordance with Alaska Statutes §09.17.080.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's injuries and damages, if any, were caused, in whole or in part, by the fault of others for whom CSK Auto, Inc. is not responsible, and must be limited in accordance with Alaska Statutes §09.17.080.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's injuries and damages, if any, were caused, in whole or in part, by superseding or intervening causes not reasonably foreseeable to CSK Auto, Inc., such that liability may not be imposed upon CSK Auto, Inc.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's alleged ingestion of the product described in plaintiff's complaint constitutes an abuse or misuse of the product, not reasonably foreseeable to CSK Auto, Inc., such that liability may not be imposed upon CSK Auto, Inc.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's injuries and damages, if any, are attributable, in whole or in part, to plaintiff's preexisting condition and actions and, to that extent, liability may not be imposed upon CSK Auto, Inc.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are, in whole or in part, barred by the equitable doctrine of laches.

ANSWER OF CSK AUTO, INC. dba SCHUCK'S AUTO SUPPLY - 3
*Sunderland v CSK Auto, Inc.*, Case No. 3:10-cv-00099-JWS
289443(9687-1)

Case 3:10-cv-00099-JWS   Document 9   Filed 05/13/10   Page 3 of 5

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are, in whole or in part, barred by any spoliation or loss of evidence.

### PRAYER FOR RELIEF

WHEREFORE, defendant CSK Auto, Inc. dba Schuck's Auto Supply prays for judgment as follows:

1. That plaintiff take nothing by way of his complaint against CSK Auto, Inc. dba Schuck's Auto Supply;

2. For an award of attorneys' fees and costs incurred in defending against the complaint; and

3. For such other and further relief as the court may deem just and proper.

DATED at Anchorage, Alaska, this 12th day of May, 2010.

                                          s/ Steven S. Tervooren
                                          Steven S. Tervooren
                                          HUGHES GORSKI SEEDORF ODSEN
                                          & TERVOOREN, LLC
                                            3900 C Street, Suite 1001
                                          Anchorage, Alaska 99503
                                          PH: (907) 274-7522
                                          FAX: (907) 263-8320
                                          E-mail: stervooren@hglawfirm.net
                                          ABA No. 7910085

ANSWER OF CSK AUTO, INC. dba SCHUCK'S AUTO SUPPLY - 4
*Sunderland v CSK Auto, Inc.*, Case No. 3:10-cv-00099-JWS
289443(9687-1)

Case 3:10-cv-00099-JWS   Document 9   Filed 05/13/10   Page 4 of 5

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served May 12, 2010 via U.S. Mail on:

    Gregory S. Parvin
    Law Offices
    1075 S. Check St., Ste. 212
    Wasilla, AK  99654


    _____s/ Steven S. Tervooren_____

ANSWER OF CSK AUTO, INC. dba SCHUCK'S AUTO SUPPLY - 5
*Sunderland v CSK Auto, Inc.*, Case No. 3:10-cv-00099-JWS
289443(9687-1)

Case 3:10-cv-00099-JWS   Document 9   Filed 05/13/10   Page 5 of 5