Gregory S. Parvin
Law Office of Gregory S. Parvin
1075 Check St., Suite 212
Wasilla, AK 99645
Telephone: (907) 376-2800
Facsimile: (907) 376-2828
E-mail: gparvin@gparvinlaw.com

Attorneys for Scott Sunderland

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

| | |
|---|---|
| **SCOTT SUNDERLAND,**<br><br>        Plaintiff,<br><br>vs<br><br>CSK AUTO, INC. dba<br>SCHUCK'S AUTO SUPPLY,<br><br>        Defendant. | Case No. 3:10-cv-00099-JWS |

### Status Report

COMES NOW Scott Sunderland, plaintiff, by and through his attorney The Law Office of Gregory S. Parvin, and hereby submits this status report.

The parties are currently and actively negotiating this matter expecting a resolution will be had within two weeks of submitting this notice. Specifically, defendant has tendered an offer to settle which was conveyed to Plaintiff three days prior to filing this report. Plaintiff is currently in State of Alaska Department of Corrections custody causing moderate delays in finalizing negotiations.

/

/

In the event the matter is not resolved, a full report pursuant to Federal Rules of Civil Procedure will be file by no later than December 31, 2010.

DATED this 16th day of November, 2010 at Wasilla, Alaska.

LAW OFFICE OF GREGORY S. PARVIN

s/Gregory S. Parvin
1075 Check Street, Suite 212
Wasilla, AK 99654
Phone: (907) 376-2800
Facsimile: (907) 376-2828
Email: gsparvin@gparvinlaw.com
AK Bar No. 9809044

Certificate of Service

I hereby certify that on November 16, 2010, a copy of the foregoing Status Report was served electronically on

Steve Tervooren

s/Gregory S. Parvin