Gregory S. Parvin
Law Office of Gregory S. Parvin
1075 Check St., Suite 212
Wasilla, AK 99645
(907) 376-2800
(907) 376-2828

Attorney for Scott Sunderland

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

| | |
|---|---|
| **SCOTT SUNDERLAND,**<br><br>   Plaintiff,<br><br>vs<br><br>CSK AUTO, INC. dba<br>SCHUCK'S AUTO SUPPLY,<br><br>   Defendant. | Case No. 3:10-cv-00099-JWS<br><br>Stipulation for Dismissal |

IT IS NOW HEREBY STIPULATED and agreed by and between the parties hereto, through their respective counsel of record, that all claims in the above-entitled action be dismissed with prejudice and without costs or attorney fees to any of the parties, for the reason that the issues presented have been fully resolved.

DATED this  30  day of December, 2010 at Wasilla, Alaska.

_____
Gregory S. Parvin
AK Bar No. 9809044
Attorney for Plaintiff Scott Sunderland
1075 S. Check St. Ste., 212
Wasilla, Alaska  99654

Stipulation for Dismissal - 1
*Sunderland v. CSK Auto, Inc.*, Case No. 3:10-cv-00099-JWS

Phone (907) 376-2800
Fax    (907) 376-2828
E-mail gparvin@gparvinlaw.com
ABA No. 9809044

DATED this 30th day of December, 2010 at Anchorage, Alaska.

_____
For Steven Tervooren
Hughes, Gorski, Seedorf, Odsen & Tervooren
AK Bar No. 9809044
Attorney for Defendant
3900 C. Street, Suite 1001
Anchorage, Alaska 99503
Phone (907) 274-7522
Fax    (907) 268-8320
E-mail stervooren@hglawfirm.net
ABA No. 7910085